# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| MELANIE DAVIS, <br><br> *Plaintiff*, <br><br> v. <br><br> MITCHELL HOLDINGS LLC, <br><br> *Defendant*. | Case No. 8:18-cv-00501-JMG-SMB <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, that all claims asserted in the above-captioned case by Plaintiff Melanie Davis may be dismissed with prejudice, and that this Court may enter an Order dismissing the claims asserted by Plaintiff Melanie Davis with prejudice and without costs, expenses, or disbursements to any party.

Dated: April 16, 2019

**BAIRD HOLM LLP**

/s/ Sara McCue
Sara McCue (NE# 25521)
Baird Holm LLP
1700 Farnam Street, Suite 1500
Omaha NE, 68102
Email: smccue@bairdholm.com
Phone: (402) 636-8276
**ATTORNEYS FOR DEFENDANT**

Dated: April 16, 2019

**BROWNE LAW LLC**

/s/ Padraigin L. Browne
Padraigin L. Browne (MN Bar # 389962)
Browne Law LLC
8530 Eagle Point Blvd, Suite 100
Lake Elmo, MN 55042
E-mail: paddy@brownelawllc.com
Phone: (612) 293-4805
**ATTORNEYS FOR PLAINTIFF**