IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MELANIE DAVIS, | |
| Plaintiff, | 8:18-CV-501 |
| vs. | JUDGMENT |
| MITCHELL HOLDINGS LLC, | |
| Defendant. | |

Pursuant to the parties' joint Stipulation of Dismissal with Prejudice (filing 12), this case is dismissed with prejudice, and without costs, expenses, or disbursements to any party.

Dated this 16th day of April, 2019.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge